## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

**CALEB PETRY**                                      **CASE NO.  6:25-CV-00386**

**VERSUS**                                                 **JUDGE DAVID C. JOSEPH**

**15TH JDC, ET AL**                                  **MAGISTRATE JUDGE WHITEHURST**

### JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [Doc. 8], determining that the findings are correct under the applicable law, and noting the absence of objections to the REPORT AND RECOMMENDATION in the record;

IT IS ORDERED that this CIVIL RIGHTS SUIT [Doc. 1] be DENIED and DISMISSED WITH PREJUDICE as frivolous, for failing to state a claim for which relief may be granted, and for seeking money damages against a defendant who is immune from suit, pursuant to the provisions of 28 U.S.C. § 1915(e)(2).

THUS DONE AND SIGNED in Chambers this 27th day of June 2025.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE